NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AIR PRODUCTS AND CHEMICALS, INC.,**

*Appellant*

**v.**

**EVONIK OPERATIONS GMBH, EVONIK CORPORATION,**

*Appellees*

---

2026-1074

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00611.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2  AIR PRODUCTS AND CHEMICALS, INC. v. EVONIK OPERATIONS
GMBH

(2)  Each side shall bear their own costs.

FOR THE COURT

November 20, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 20, 2025